# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED HUBBARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00962-JLT-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

On May 22, 2024, the parties in this action filed a stipulation to set a settlement conference before Chief Magistrate Judge Carolyn Delaney.

A Settlement Conference shall be set for September 12, 2024, at 9:30 AM, via Zoom before Chief Magistrate Judge Carolyn K. Delaney. The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit confidential settlement conference statements to the court using the following email address:

ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Such statements are due no later than 5:00 PM (PDT) at least seven (7) days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

Accordingly, IT IS HEREBY ORDERED that a settlement conference is scheduled for **September 12, 2024, at 9:30 a.m. via Zoom** before the Chief Magistrate Judge Carolyn Delaney.

IT IS SO ORDERED.

Dated:   **May 22, 2024**

UNITED STATES MAGISTRATE JUDGE

2