# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED HUBBARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  1:23-cv-00962-JLT-SAB<br><br>ORDER ADVANCING SETTLEMENT CONFERENCE |

On May 22, 2024, at the stipulation of the parties, a settlement conference was set in this action before Chief Magistrate Judge Carolyn Delaney for September 12, 2014.  On June 3, 2024, a stipulation was filed to advance the settlement conference to July 17, 2024, at 9:30 AM.

Accordingly, the settlement conference set for September 12, 2024, at 9:30 a.m. via Zoom before the Chief Magistrate Judge Carolyn Delaney is HEREBY ADVANCED to **July 17, 2024, at 9:30 AM.**

IT IS SO ORDERED.

Dated:  **June 4, 2024**

                                                    UNITED STATES MAGISTRATE JUDGE